# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-cr-00264-ART-VCF |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| RONALD WILLIAM DOUGHERTY, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and (a)(3) based upon the plea of guilty by Ronald William Dougherty to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Ronald William Dougherty pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 26; Plea Agreement, ECF No. 27; Preliminary Order of Forfeiture, ECF No. 28.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 5, 2023, through May 4, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 32-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 30.

On April 13, 2023, the United States Attorney's Office served Michael George Dougherty at Ramrod Avenue with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 30-1, p. 3-14.

On April 13, 2023, the United States Attorney's Office attempted to serve Michael George Dougherty at Harbor Mist Avenue with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular and certified mail were both returned as not deliverable and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 30-1, p. 3-10, 15-17.

On April 13, 2023, the United States Attorney's Office served and attempted to serve Michael George Dougherty at Groft Way with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as insufficient address and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 30-1, p. 3-10, 18-20.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and (a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. an iPhone SE with IMEI 356467106103758 and serial number F17D4J5APLJM (all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED June 27, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE