**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Ronald Williams Dougherty,<br>Defendant. | Case No. 2:22-cr-00264-ART-VCF<br>**ORDER** |

The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10. ECF No. 45.

IT IS THEREFORE ORDERED that the parties' proposed amended sentence is accepted. Pursuant to Second Amended General Order 2023-09, an AO247 form reflecting the amended sentence will be filed.

DATED this 10th day of August, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE